S04A0276. SPEEDWELL UNITED METHODIST CHURCH et al. v. CHATHAM COUNTY et al.
(599 SE2d 185)

PER CURIAM.

Because the Wal-Mart project that is at issue has been substantially completed, and because the appellants did not seek to stay the trial court's denial of injunctive relief, which denial permitted the project to be built, the appellants are no longer entitled to relief stopping the project. *Brown v. Spann*, 271 Ga. 495 (520 SE2d 909) (1999); *Jackson v. Bibb County School Dist.*, 271 Ga. 18 (515 SE2d 151) (1999); *F.O. Thacker Contracting Co. v. C.W. Matthews Contracting Co.*, 251 Ga. 860 (310 SE2d 701) (1984); *Citizens to Save Paulding County v. City of Atlanta*, 236 Ga. 125 (223 SE2d 101) (1976). Moreover, because the issue whether Wal-Mart will attempt future development of other portions of its property is speculative and does not involve existing facts as to that development, the possibility of that future development does not save the case from being moot. See *Collins v. Lombard Corp.*, 270 Ga. 120 (508 SE2d 653) (1998). For the foregoing reasons, the present appeal is dismissed as moot.

*Appeal dismissed. All the Justices concur.*

DECIDED JULY 12, 2004 —
RECONSIDERATION DENIED JULY 29, 2004.

*Stack & Associates, Donald D. J. Stack, Holly P. Cole*, for appellants.

*R. Jonathan Hart, Emily E. Garrard, McCorkle, Pedigo & Johnson, Phillip R. McCorkle, David H. Johnson, Mathew M. McCoy, Hunter, Maclean, Exley & Dunn, Harold B. Yellin, Arnold C. Young,* for appellees.